| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

RONALD LEE ALEXANDER, §
　　　　　　　　　　　　　　§
　　　　Plaintiff, §
versus　　　　　　　　　　　§　　CIVIL ACTION H-07-3051
　　　　　　　　　　　　　　§
BRAD LIVINGSTON, §
　　　　　　　　　　　　　　§
　　　　Defendant. §

## Opinion on Dismissal

Ronald Lee Alexander has applied for a writ of mandamus against the executive director of the Texas Department of Criminal Justice. Alexander requests enforcement of this court's decree in *Lamar v. Coffield* on the Stiles Unit in Beaumont, Texas.

A writ of mandamus in federal court authorizes the court to compel an officer of the United States to perform his duty. 28 U.S.C. § 1361. This court does not have jurisdiction to issue a writ of mandamus against a state officer. Even against a federal officer, this remedy should only be used in exceptional circumstances. *Association of American Medical Colleges v. Califano*, 569 F.2d 101, 110 n. 80 (D.C. Cir. 1977). Furthermore, Alexander must seek equitable relief for violations of the *Lamar* decree in that case. *Gillespie v. Crawford*, 858 F.2d 1101 (5th Circ. 1988) (*en banc*).

Alexander's application for a writ of mandamus is denied.

Signed on October 16, 2007, at Houston, Texas.

　　　　　　　　　　　　　　　　　　Lynn N. Hughes   USDJ
　　　　　　　　　　　　　　　　　United States District Judge